# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                           ) | Crim. No. 02-127-P-S |
| ) | |
| JUAN NAVARRO           ) | |

## NOTICE

The Government hereby provides the following notice to the Court:

Government counsel has recently discussed this case with Bill Maselli. Based upon this discussion, the Government believes the parties are able to reach a stipulation that:

(1) the Court may enter an order without objection from the parties reducing the Defendant's sentence pursuant to § 3582(c);

(2) the calculations set forth in the §1B1.10 report prepared by the Probation Office are accurate and that reducing the Defendant's sentence to 161 months would be appropriate; and

(3) if the Court is inclined to accept their stipulation and reduce the Defendant's sentence to 161 months, the Court does not need to hold a hearing on the matter and, accordingly, the parties do not need to be present.

Dated at Portland, Maine this 22nd day of July 2008.

PAULA D. SILSBY
United States Attorney

/s/Michael J. Conley
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
michael.conley@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 22, 2008, I electronically filed Notice with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    William Maselli
    Law Office Of William Maselli
    98 Washington Ave
    Portland, ME 04101
    207-780-8400
    williammaselli@hotmail.com

        PAULA D. SILSBY
        United States Attorney


        /s/Michael J. Conley
        Assistant United States Attorney
        United States Attorney's Office
        100 Middle Street
        Portland, Maine 04101
        (207) 780-3257
        michael.conley@usdoj.gov