# UNITED STATES DISTRICT COURT
For the
District of Maine

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No.: 2:02-CR-127-004 |
| | ) | USM No.: 04278-036 |
| JUAN ANTONIO NAVARRO | ) | William Maselli, Esq. |
| | | Defendant's Attorney |
| Date of Previous Judgment: 5/4/07 | | |
| (Use Date of Last Amended Judgment if Applicable) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 200 months, is **reduced to** 161 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  39                    Amended Offense Level: 37
Criminal History Category:  I                   Criminal History Category: I
Previous Guideline Range: 262 to 327 months     Amended Guideline Range: 210 to 262 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS:**
  **This reduction is done pursuant to the stipulation between the Government and the Defendant.**

  **This order is subject to the prohibition contained within USSG section 1B1.10(b)(2)(C).**

Except as provided above, all provisions of the judgment dated 5/4/2007 shall remain in effect.

**IT IS ORDERED.**

Order Date: July 23, 2008                    /s/ George Z. Singal
                                             Judge's signature

Effective Date:                              George Z. Singal, Chief U.S. District Jude
(if different from order date)               Printed name and title