UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

V.                    Docket No. 02-127 -P-S

JUAN NAVARRO

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
pursuant to 18 U.S.C. 3583(e)(1)

Defendant Juan Navarro Hereby Moves This Honorable Court to grant an early termination of Supervised Release.   Mr. Navarro was released from incarceration on October 23, 2009.  The circumstances of Mr. Navarro's incarceration and release are known to the Court.  Further details would best be discussed at Hearing, in a chambers conference, if the Court determines such Hearing is necessary.

Mr. Navarro is employed full-time, enrolled in an educational program beginning April 2011, and supporting four children while living with his wife.  Mr. Navarro has been in full compliance with all conditions of Supervised Release.

The Government, as per AUSA Michael Conley, has no objection to the granting of this Motion.

**WHEREFORE**, Defendant Moves This Honorable Court to Grant this Motion for Early Termination of Supervised Release.

Dated: February 23, 2011

/s/ william maselli
_____
William Maselli
Attorney for Defendant
98 Washington Avenue
Portland, Maine 04101
207-780-8400

CERTIFICATE OF SERVICE

I hereby declare that I have today filed this Motion in the above case using ECF system which shall send notification of such filing to the United States Attorney.

Dated: February 23, 2011

/s/   William Maselli
_____
William Maselli
Law Office of William Maselli
98 Washington Avenue
Portland, Maine 04101
207-780-8400

2